## Commonwealth, Appellant, *v.* Gilbert.

Argued December 2, 1970. Before BELL, C. J., COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*James D. Crawford,* Deputy District Attorney, with him *Arlen Specter,* District Attorney, for Commonwealth, appellant.

*Joseph R. Danella,* with him *Louis Lipschitz,* for appellee.

OPINION PER CURIAM, October 12, 1971:
Order affirmed.
Mr. Justice JONES took no part in the consideration or decision of this case.
Mr. Justice COHEN took no part in the decision of this case.